[No. 41077-0-II.   Division Two.   May 17, 2011.]

NIKOLAS KYLE JESTER WILLIAMS, *Respondent*, v. SKAMANIA COUNTY SHERIFF'S OFFICE, *Appellant*.

*In the Matter of the Forfeiture of Personal Property of* NIKOLAS KYLE JESTER WILLIAMS.

Appeal from a judgment of the Superior Court for Skamania County, No. 09-2-00123-7, E. Thompson Reynolds, J., entered July 30, 2010. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Johanson, J., concurred in by Armstrong and Van Deren, JJ.

[No. 28646-1-III.   Division Three.   May 17, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBBIE JOE MARCHER, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 08-1-00023-3, John M. Antosz, J., entered October 23, 2009. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 28794-7-III.   Division Three.   May 17, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL EMANUEL ALSTON, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 07-1-00170-8, John W. Lohrman, J., entered January 25, 2010. *Affirmed in part* and *reversed in part* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Korsmo, J.